No. 80–6600. WILLIAMS v. OHIO. Ct. App. Ohio, Hamilton County. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Edwards* v. *Arizona*, 451 U. S. 477 (1981).

No. A–918. BECKER ET AL. v. UNITED STATES ET AL. D. C. E. D. Cal. The order heretofore entered on June 8, 1981 [*ante*, p. 912], is vacated and the application for stay is denied.

No. D–226. IN RE DISBARMENT OF KUMAR. Disbarment entered. [For earlier order herein, see 450 U. S. 1037.]

No. D–233. IN RE DISBARMENT OF BARBARA. Disbarment entered. [For earlier order herein, see 451 U. S. 903.]

No. D–242. IN RE DISBARMENT OF CASKEY. It is ordered that William J. Caskey, of West Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83, Orig. MARYLAND ET AL. v. LOUISIANA. Motion of the Special Master for compensation granted, and it is ordered that plaintiffs and intervenor-plaintiffs compensate the Special Master in the total amount of $25,000 and that the defendant compensate the Special Master in the total amount of $25,000. JUSTICE POWELL took no part in the consideration or decision of this motion. [For decree herein, see *ante*, p. 456.]

No. 80–689. WIDMAR ET AL. v. VINCENT ET AL. C. A. 8th Cir. [Certiorari granted, 450 U. S. 909.] Motions of Holy Spirit Association for the Unification of World Christianity and National Jewish Commission on Law and Public Affairs for leave to file briefs as *amici curiae* granted.